■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN B. DISPENZA, Appellant.— Time to perfect appeal extended 90 days.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY CHERO, Appellant.— The evidence discloses that appellant is not a poor person within the meaning of section 199 of the Civil Practice Act. Motion for permission to prosecute appeal as a poor person denied.

■  (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON HERBERT THOMPSON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFTON CHAMBERLAYNE, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■  In the Matter of the Claim of ANGELO ACOCELLA, Appellant, v. FISH-SCHURMAN CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondents.— Motion to dismiss, granted, without costs.